**FILED**
August 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
**Western District of Texas**
Pecos Division

United States of America
v.
Rigoberto PANDO Rey
*Defendant(s)*

Case No. **PE: 26-MJ-302**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 08/07/2026 in the county of Reeves in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 554 | Conspiracy to Smuggle Goods from a Place Within the United States to a Place Outside the United States, to wit: One (1) Glock 17 Pistol, One (1) Taurus revolver, 298 Rounds of Ammunition and Six (6) Magazines. |
| 31. U.S.C. 5332 | Attempted Bulk Cash Smuggling from the United States to the Republic of Mexico, to wit: $52,000. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Will Werner
*Complainant's signature*

Will Werner, Special Agent, HSI
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

[signature]
*Judge's signature*

Date: 8/11/2026

City and state: Alpine, Texas

Honorable Judge David B. Fannin
*Printed name and title*

# AFFIDAVIT

On August 7, 2026, at approximately 1030 hours, Reeves County Sheriff's Deputies conducted a vehicle stop along Interstate 20 on a white in color Chevrolet Traverse after observing the driver committing two infractions; traveling 72mph in a posted 65mph zone, and defective brake lights. Deputies identified the driver and sole occupant as Rigoberto PANDO Rey, a Mexican national, legally present in the United States on a B1/B2 Visa. PANDO informed the deputy that he was currently traveling to Meoqui, Chihuahua, MX.

Deputies later requested and were granted consent by PANDO to conduct a search of the Traverse. During the search of the vehicle, deputies located what appeared to be a non-factory compartment along the floorboard near the third-row seating area. A narcotic detection canine was subsequently deployed and positively alerted to the vehicle. Deputies then transported PANDO and the vehicle to the Reeves County Sheriff's Office Annex for further investigation.

Upon arriving to the annex, PANDO attempted to abscond on foot and was apprehended after brief foot pursuit. A further search of the Traverse resulted in deputies gaining access to the non-factory compartment, which was sealed with bando. Inside, deputies located approximately $52,000 USD, two (2) handguns, bulk ammunition, multiple magazines and two (2) EOTECH optics. The serial numbers on both handguns were obliterated.

Homeland Security Investigations (HSI) Presidio agents provided PANDO his Miranda Statement of Rights in the Spanish language. PANDO understood his rights and agreed to make a statement. PANDO stated he was hired by an unidentified person in Mexico to pick up items in the United States and transport them back to Mexico. PANDO stated he was instructed to drive to two (2) different cities and after arrival in each city, he parked the Traverse in a parking lot with the keys still in it, and unknown individuals took possession of the vehicle, placed items inside it, and later returned it to him. PANDO stated he wasn't exactly sure what he was transporting, but knew whatever it was, was illegal. PANDO was then instructed to smuggle the items back to Mexico. Upon successful delivery, PANDO stated he was to receive approximately $4000.00 USD. PANDO stated this was his second time participating in this type of smuggling venture.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

WILLIAM S WERNER JR
Digitally signed by WILLIAM S WERNER JR
Date: 2026.08.08 12:57:41 -05'00'

Will Werner
HSI Special Agent